UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID LEE RILEY, JR,

    Plaintiff,

v.   Case No. 3:20cv5427-LC-HTC

FREDERICK V LONGMIRE
ASSISTANT STATE ATTORNEY,

    Defendant.
_____/

# ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 11, 2020 (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner Riley filed a response (ECF No. 3), which he entitled, "Objections to These Proposed Findings Recommendations." The document is nonsensical, requesting "14 more days of which to enter 'suplamental to the record'" and arguing that he "is being held illegally and has proof to the Rule 41 Case Law" and "'Costa Rico' below sea level no jurisdiction" and "the fundamental constitutional right asserted established; exercised of due diligence retroactively of the mandate."

Having considered the Report and Recommendation, and the objections filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (ECF Doc. 1) is dismissed under 28 U.S.C. § 1915A because Plaintiff(1) fails to state a claim on which relief may be granted and (2) seeks monetary relief against a defendant who is immune from such relief.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of May, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5427-LC-HTC